## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: MARK D. HUGHNER                    §          Case No. 13-83911
     PAMELA L. HUGHNER              §
                                   §
         Debtors                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  11/21/2013.

2)  The plan was confirmed on  04/04/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  06/05/2014, 07/11/2014, 07/25/2014, 11/04/2014, 01/09/2015.

5)  The case was converted on  01/08/2015.

6)  Number of months from filing or conversion to last payment:  8.

7)  Number of months case was pending:  14.

8)  Total value of assets abandoned by court order:  NA.

9)  Total value of assets exempted:  $35,348.60.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 5,700.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 5,700.00 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,969.20 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 341.95 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,311.15 |

Attorney fees paid and disclosed by debtor:     $ 530.80

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF JASON BLUST LLC | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,969.20 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 15,430.22 | 15,430.22 | 15,430.22 | 2,388.85 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 6,588.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 2,986.29 | 2,986.29 | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Uns | 430.00 | 437.39 | 437.39 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 313.00 | 2,335.00 | 2,335.00 | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 106.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION S | Uns | 273.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 218.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 146.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 122.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| DTE ENERGY | Uns | 21.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 106.00 | 273.77 | 273.77 | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 487.00 | 487.48 | 487.48 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 401.00 | 401.46 | 401.46 | 0.00 | 0.00 |
| GMAC MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 864.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 449.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 647.14 | 932.47 | 932.47 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 10,873.34 | 0.00 | 0.00 | 0.00 |
| VERIZON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,185.31 | 1,816.59 | 1,816.59 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 105.00 | 105.92 | 105.92 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,401.00 | 1,448.01 | 1,448.01 | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,520.00 | 2,373.09 | 2,373.09 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 0.00 | 119.46 | 119.46 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Uns | 0.00 | 244.03 | 244.03 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 35.93 | 35.93 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 572.19 | 572.19 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 532.04 | 532.04 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 15,430.22 | $ 2,388.85 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,430.22 | $ 2,388.85 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 15,101.12 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,311.15 |
| Disbursements to Creditors | $ 2,388.85 |
| **TOTAL DISBURSEMENTS:** | $ 5,700.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>01/28/2015</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                        Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**